**EXHIBIT A**

Updated 4/15/2022

# EXHIBIT 1

Defendants' Preliminary Exhibit List
USDC District of CO
Case Number: **21-cv-00690-WJM-NYW**

| EXH NO | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD | REF | RUL RSVD | OBJECT/COMMENTS |
|---|---|---|---|---|---|---|---|---|
| A | CBA July 1, 2015 to June 30, 2020 (APS 00008-00038) | | | | | | | |
| B | 2018.11.21 Email Dvid Trujillo to Duwe, Burke, Davis (APS 00569) | | | | | | | |
| C | 2019.01.30 Email Truillo to Duwe and Ortiz (APS 00272) | | | | | | | |
| D | 2019.04.09 Email chain Non-Mutual Consent Placement A. Hills (PTF 00132-00133) | | | | | | | |
| E | 2020.03.23 Letter Brophy to Trujillo (APS 00279) | | | | | | | |
| F | 2020.09.03 Trujillo Application (APS 00117-00126) | | | | | | | |
| G | 2020.09.16 Email Trujillo to Brophy-Lindo (PTF 00236) | | | | | | | |
| H | 2020.09.16 Email Trujillo to Mr. Douglas (APS 00273) | | | | | | | |
| I | Chart of teachers hired and schools (Exhibit K to Reply in Support of Motion for Summary Judgment) | | | | | | | |
| J | Spreadsheet of positions Trujillo applied (APS 00284) | | | | | | | |
| K | Duwe Letter of Recommendation (APS 00271) | | | | | | | |
| L | Deposition of David Trujillo | | | | | | | |

**EXHIBIT A**

| EXH NO | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD | REF | RUL RSVD | OBJECT/COMMENTS |
|---|---|---|---|---|---|---|---|---|
| M | Any exhibits admitted pursuant to C.R.E. 1006 | | | | | | | |
| N | ~~Any deposition, or exhibits thereto, of witnesses to this case~~ | | | | | | | |
| O | Any exhibits necessary for impeachment and/or rebuttal | | | | | | | |
| P | Any exhibit ~~disclosed or~~ listed by any other party | | | | | | | |

4863-0059-5483, v. 1

-2-