IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-00690-WJM-NYW

DAVID TRUJILLO, an individual,

      Plaintiff(s

), v.

AURORA PUBLIC SCHOOLS;
AURORA PUBLIC SCHOOLS BOARD OF EDUCATION,

      Defendant(s).

---

**AMENDED EXHIBIT LIST**

---

COMES NOW, Plaintiff David Trujillo, by and through counsel, and hereby submits this Amended Exhibit List:

Plaintiff may seek to introduce the following exhibits:

1. Trujillo Resume 2020 (0000244-249)
2. 20.09.03 – Job Applications (0000250-285)
3. 20.08.07 – Complaint (0000178-181)
4. 20.09.24 – Exhibit B (0000182-183)
5. 20.09.24 – Exhibit C (0000184-191)
6. 20.09.24 – Exhibit D (0000192-200)
7. 20.09.24 – Exhibit E (0000201-203)
8. 20.09.24 – Exhibit F (0000204-207)
9. 20.09.24 – Respondent Position Statement (0000208-212)
10. 20.10.07 – Exhibit A – Redacted (0000213-216)

11. 20.12.14 – Dismissal and Notice of Rights (0000217-220)

12. Exhibit 1 – email 4 – 9 (0000221-222)

13. Exhibit 2 – Final Effectiveness Rating 14 – 15 (0000223-224)

14. Exhibit 3 – Final Effectiveness Rating 15 – 16 (0000225-226)

15. Exhibit 4 – Final Effectiveness Rating 16 – 17 (0000227-232)

16. Exhibit 5 – Final Effectiveness Rating 17 – 18 (0000233-236)

17. Exhibit 6 – Final Effectiveness Rating 18 – 19 (000237-238)

18. Signed Charge of Discrimination (0000239-243)

19. 19.01.17 Calendar (0000176)

20. Calendar 1-17 (0000177)

21. 14.10.30 – missing evaluation email – 2014 (0000125)

22. 19.01.17 – email 1-17 (0000126-127)

23. 19.04.02 – email 4-2 (0000128-130)

24. 19.04.08 – email 4-8 (0000131-132)

25. 19.04.09 – email 4-9 (0000133-134)

26. 20.05.05 – Employee Concern N. Ortiz (0000135-136)

27. 20.05.05 – Employee Concern K. AR (0000137-138)

28. 20.05.05 – Employee Concern K. Cox (0000139-140)

29. 20.05.05 – Employee Concern S. Mason (0000141-142)

30. 20.07.29 – Current Employment Concern N. Ortiz (0000142-144)

31. 20.07.29 – Employee Concern – D. Smith (0000145-146)

32. 20.07.29 – Employment concern R. Munn (0000147-149)

33. 20.07.29 – Employment Concern S. Mason (0000150-152)

34. 20.07.29 – employment problems email with BW (0000153-156)

35. 20.07.29 – Employment status with APS M. Ivey (0000157-159)

36. Email 1-17 (0000160-161)

37. Email 4-8 (0000162-163)

38. Email 4-9 (0000164-165)

39. Email 4-2 (0000166-168)

40. Employment problems email with BW 7-29-20 (0000169-172)

41. Letter 7-29-20 (0000173-174)

42. Missing evaluation email – 2014 (0000175)

43. 15.04.16 – Final Effectiveness Rating 14-15 (00002-3)

44. 16.05.27 – Final Effectiveness Rating 15-16 (00004-5)

45. 17.05.05 – Final Effectiveness Rating 16-17 (00006-11)

46. 18.04.30 – Final Effectiveness Rating 17-18 (000012-15)

47. 19.04.24 – Final Effectiveness Rating 18-19 (000016-17)

48. 20.08.06 – Trujillo Licensed Contract 2019-20 (000018)

49. APS Board Equity in Employment Resolution – SIGNED (000019-20)

50. APS Master Agreement (000021-94)

51. Endorsements – Kleczek, Catherine (00001)

52. 21.09.17 – Jeff Opp Rule 26 (000316-327)

53. 21.09.17 – Trujillo Report (0000328-340)

54. 2016 Tax Returns (0000341-352)

55. 2017 Tax Return (0000353-359)

56. 2018 Tax Return (0000360-365)

57. 2019 Taxes (0000366-509)

58. 2020 Taxes (0000510-533)

59. 20.03.13 – Email (0000286-287)

60. 20.04.28 – Email (0000288-289)

61. 20.05.12 – Email (0000290-291)

62. 20.05.13 – Email (0000292-293)

63. 20.05.14 – Denjongpa email (0000294-295)

64. 20.05.14 – Email (0000296-297)

65. 20.06.01 – Email (0000300-301)

66. 20.06.01 – Email Douglas (0000298-299)

67. 20.07.07 – Email (0000302-303)

68. 20.07.21 – Email (0000305)

69. 20.07.21 – Email Butler (0000304)

70. 20.07.31 – Email correspondence (0000306)

71. 20.09.03 – Email (0000307)

72. 20.09.03 – Job Applications (0000308-315)

73. A14 Application info (0000534-537)

74. Adams Contract 21-22 (0000538-540)

75. BSD Application info (0000544-546)

76. DCSD Application Information (0000547-549)

77. DPS Info (0000550-551)

78. EPS Application Info (0000552-554)

79. Jeffco info (0000555)

80. LPS Application info (0000559-561)

81. Trujillo LOR JM (0000562)

82. Trujillo LOR JO 2020 (0000563)

83. Trujillo LOR MD 2020 (0000564)

84. APS Applications, Resumes (APS00410-568)

85. D. Trujillo Applied 2019-20 2020-21 (APS000284)

86. Personnel file (APS00285-409)

87. APS 00570 – Names, dates of birth, and salary

88. APS-AEA Agreement (APS0008-81)

89. District's Response to EEOC Charge (APS00082-116)

90. Applications, contracts, salary, placement, licensure, and personnel documents (APS000117-154)

91. Communications (APS000269-283)

92. Performance evaluations and discipline records (APS00055-178)

93. Policies and index (APS000179-255)

94. Contract, benefits, and job description (APS000256-268)

95. Any documents disclosed during discovery

96. Any exhibit disclosed by the Defendants

97. Any exhibit required solely for rebuttal or impeachment purposes

DATED: May 3, 2022

Respectfully submitted by:

*s/ Michael Nolt*
Michael Nolt, Esq.
Kishinevsky & Raykin, Attorneys at Law
2851 S. Parker Rd., Suite 150

Aurora, CO 80014
Phone: 720-588-9713
michael@coloradolawteam.com

*s/ Igor Raykin*
Igor Raykin, Esq.
Kishinevsky & Raykin, Attorneys at Law
2851 South Parker Road, Suite 150
Aurora, CO 80014
Phone: (720) 767-1846
igor@coloradolawteam.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Michael Nolt*
Michael Nolt, Esq.