IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:   21-cv-00690-CNS-SKC | Date:  October 25, 2022 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DAVID TRUJILLO<br>**Plaintiff** | *Michael Nolt* |
| v. | |
| AURORA PUBLIC SCHOOLS<br>APS BOARD OF EDUCATION<br>**Defendants** | *Travis Miller*<br>*Michael Schreiner* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  8:59 a.m.

Appearance of counsel.

Argument given as to [36] Defendants' Motion for Summary Judgment by Mr. Miller with questions from the Court.

Argument given as to [36] Defendants' Motion for Summary Judgment by Mr. Nolt with questions from the Court.

Rebuttal argument given by Mr. Miller.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:   [36] Defendants' Motion for Summary Judgment is GRANTED and the case is dismissed.**

Court in Recess:  9:41 a.m.         Hearing concluded.         Total time in Court:  00:42