IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00690-CNS-SKC

DAVID TRUJILLO,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS, and
APS BOARD OF EDUCATION,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Oral Oder of U.S. District Judge Charlotte N. Sweeney issued at the Oral Argument hearing held on October 25, 2022 [ECF No. 50] it is

ORDERED that Defendants' Motion for Summary Judgment [ECF No. 36] is GRANTED.  It is

FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiff.  It is

FURTHER ORDERED that the defendants are awarded reasonable costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 25th day of October, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes
J. Dynes, Deputy Clerk